IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | | |
|---|---|---|
| IN RE: LORI RUA </br> Debtor | ) ) ) ) ) | CHAPTER 7 CASE </br> NUMBER 13-20509 |
| LORI RUA </br> Plaintiff </br> vs. </br> SUNTRUST MORTGAGE INC., </br> SUNTRUST MORTGAGE, SUNTRUST, </br> Its Successors And/Or Assigns </br> As Their Interest May Appear, </br> and MCCALLA RAYMER and its </br> Agents </br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ADVERSARY PROCEEDING </br> NUMBER 13-02019 |

**REPORT AND RECOMMENDATION**
**TO THE UNITED STATES DISTRICT COURT**
**ON APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Lori Rua having complied with the requirements of 28 U.S.C. § 1915, it is my recommendation that the District Court enter an order authorizing Rua to proceed in forma pauperis with her appeal of the Order Dismissing Adversary Proceeding with Prejudice (ECF No. 34).

_____
JOHN S. DALIS
United States Bankruptcy Judge

Dated at Brunswick, Georgia,
this 19th day of December, 2013.

Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By jbergen at 1:19 pm, Dec 19, 2013

AO 72A
(Rev. 8/82)